UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

Securities and Exchange Commission,

                         Plaintiff,

      -against-

David Lee, et al.,

                        Defendants.

------------------------------------- x

08 Civ. 9961

ORDER

GEORGE B. DANIELS, District Judge:

      Defendant Edwin O'Connor's Motion to Dismiss the First Amended Complaint is DENIED. The Clerk of the Court is ordered to close motion (Document # 90).

Dated: December 4, 2012
       New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge