```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,          :     ORDER

                              Plaintiff,                  :     08 Civ. 9961 (GBD) (JLC)

              -v-                                         :

DAVID LEE, KEVIN CASSIDY, EDWARD          :
O'CONNOR, SCOTT CONNOR, and
OPTIONABLE, INC.,                                 :

                              Defendants.             :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court has received the Securities and Exchange Commission's letters of April 3 and April 4, as well as Optionable, Inc.'s letter of April 4, regarding a discovery dispute arising from the Rule 30(b)(6) deposition held on March 19. The parties are hereby ordered to meet and confer, and I strongly encourage them to resolve this dispute without the need for the Court's intervention.

If, after good faith efforts, the parties are unable to reach an agreement, I will take up this issue at the April 11 conference.

**SO ORDERED.**

Dated: New York, New York
        April 4, 2013

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been sent to the following:**

Scott Connor
265 Milton Road
Rye, NY 10580

USDC SDNY
DATE SCANNED 4/4/13