UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,  :  ORDER

                                  Plaintiff,  :  08 Civ. 9961 (GBD) (JLC)

        -v-  :

DAVID LEE, KEVIN CASSIDY, EDWARD  :
O'CONNOR, SCOTT CONNOR, and
OPTIONABLE, INC.,  :

                              Defendants.  :
-----------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      Discovery in this case as between Edward O'Connor and the Securities and Exchange Commission is stayed until further order of the Court.

      **SO ORDERED.**

Dated: New York, New York
       May 16, 2013

                                                   JAMES L. COTT
                                                United States Magistrate Judge

**A copy of this Order has been sent to the following:**

Scott Connor
265 Milton Road
Rye, NY 10580